IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Yolanda Mackey,

    Plaintiff,

    v.                       Case No. 2:17-cv-846

Columbus Center for
Human Services,

    Defendant.

ORDER

This is a civil action filed by Yolanda Mackey, acting without counsel, against the Columbus Center for Human Services. A preliminary pretrial hearing was scheduled in this case on January 10, 2018. Because plaintiff failed to appear for the conference and did not confer with defendant's counsel concerning the Rule 26(f) report, the magistrate judge issued a show cause order on that date directing plaintiff to show cause within fourteen days why the case should not be dismissed for want of prosecution. Plaintiff failed to respond to the show cause order. This matter is before the court on the April 4, 2018, Report and Recommendation of the magistrate judge. The magistrate judge recommended that this action be dismissed for want of prosecution, noting the court's inherent power to control its docket, *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962), and this court's authority to dismiss under Fed. R. Civ. P. 41 (b), *see Schafer v. City of Defiance Police Dep't*, 529 F.3d 731, 736 (6th Cir. 2008)(Rule 41(b) confers on district courts the authority to dismiss an action for the failure of a plaintiff to prosecute a claim).

The Report and Recommendation specifically advised the parties

that the failure to object to the Report and Recommendation within fourteen days would result in a "waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 11, p. 2. The time period for filing objections to the Report and Recommendation has expired, and no objections have been filed.

The court agrees with the Report and Recommendation, and hereby adopts the Report and Recommendation (Doc. 11). Accordingly, this action is dismissed with prejudice pursuant to Rule 41(b) for failure to prosecute.


Date: April 20, 2018               s/James L. Graham
                                      James L. Graham
                                      United States District Judge