\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Yolanda Mackey

   vs       Case No. 2:17-cv-846

Columbus Center for Human Services  **Judge Graham**
               **Magistrate Judge Jolson**


[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

  IT IS ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED and AFFIRMED in that this case is DISMISSED with prejudice for failure to prosecute.


Date:  **April 20, 2018**    **Richard W. Nagel, Clerk**

               _s/ Scott Miller_
               By Scott Miller /Deputy Clerk